IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL PARKER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | NO.  02-CV-3773 |
| Defendant | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2002, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and the lack of any response, it is hereby **ORDERED** that:

1. The defendant's motion for summary judgment is **DENIED**;

2. Defendants' motion to dismiss is **GRANTED**; and,

3. The Complaint is dismissed without prejudice.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,          J.